UNITED WATERWORKS CO., Appellant, v. MAHA WATER CO. et al., Respondents. Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by the United Waterworks Company against the Omaha Water Company and others. G. H. Yeaman, or appellant. H. Mansfield, for respondents. o opinion. Judgment affirmed, with costs, on pinion of McLAUGHLIN, J., in court below; NGRAHAM, J., concurring in result. See 48 . Y. Supp. 817.

VANDEBOGART v. CITY OF BUFFALO. Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Catherine Vandebogart against the city of Buffalo. No opinion. Motion denied, with $10 costs and isbursements. See 51 N. Y. Supp. 1150.

VAN ORDEN v. VAN ORDEN. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Margaret J. Van Orden against John M. Van Orden. No opinion. Motion denied. See 44 N. Y. Supp. 1134, and 50 N. Y. Supp. 184.

VOISIN, Appellant, v. COMMERCIAL MUT. INS. CO., Respondent. (Supreme Court, Appellate Division, First Department, May 13, 1898.) Action by Stephen Voisin against the Commercial Mutual Insurance Company. W. Mitchell, for appellant. No opinion. Order affirmed, without costs, on condition that defendant stipulate to comply with the terms imposed by the order appealed from within two days after the costs shall have been taxed. If such stipulation be not given, order reversed, with $10 costs and disbursements.

WADSLEY, Appellant, v. HOUCK, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by Harriet Wadsley against Lansing Houck. No opinion. Orders affirmed, with $10 costs and disbursements, in each appeal. See 50 N. Y. Supp. 167.

WAIT, Respondent, v. REQUA, Appellant. (Supreme Court, Appellate Division, First De-

partment. April 22, 1898.) Action by Frederick S. Wait against Catherine Requa. J. B. Smith, for appellant. F. H. Man, for respondent. No opinion. Judgment affirmed, with costs.

WALTER v. F. E. McALLISTER CO. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Walter against F. E. McAllister Co. No opinion. Motion denied. See 48 N. Y. Supp. 26.

WASHBURN, Respondent, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Action by John Washburn against Nicholas Palmer and others. No opinion. Judgment affirmed, with costs.

In re WELCH. (Supreme Court, Appellate Division, First Department. April 22, 1898.) In the matter of Ernest M. Welch. No opinion. Reference ordered. See 46 N. Y. Supp. 689.

WETMORE v. WETMORE (two cases). (Supreme Court, Appellate Division, First Department. March 11, 1898.) Actions by Annette B. Wetmore against William B. Wetmore. No opinion. Motions denied, upon payment of $10 costs.

WHITING v. HERTER et al. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Daisy D. Whiting against Herter Bros. No opinion. Motion granted, with $10 costs.

WRIGHT STEAM–ENGINE WORKS, Appellant, v. LAWRENCE CEMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 24, 1898.) Action by the Wright Steam-Engine Works against the Lawrence Cement Company. No opinion. Order affirmed, with $10 costs and disbursements, to abide the event of the action.

YELLOW PINE CO., Respondent, v. LEHIGH VAL. CREOSOTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by the Yellow Pine Company against the Lehigh Valley Creosoting Company. No opinion. Motion to dismiss appeal denied, with $10 costs to appellant, to abide the event of the appeal. See 52 N. Y. Supp. 281.